14588879

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SWEENEY, | CIVIL ACTION |
| Plaintiff, | No. 2:22-cv-00040-MJH |
| v. | The Honorable Marilyn J. Horan |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES, | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Jessica Sweeney ("Plaintiff") and Defendant HealthCare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services ("Defendant") have tentatively reached an agreement to settle all matters herein subject to the parties' execution of a draft release. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal shortly, once the release is executed.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Date: January 26, 2022

By: /s/ Julian E. Neiser
Julian E. Neiser
Pa. Id. No. 87306
T: (412) 325-1116
F: (412) 325-3324
E: jneiser@spilmanlaw.com

Jonathan A. Deasy
Pa. Id. No. 327496
T: (412) 325-3306
E: jdeasy@spilmanlaw.com

One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219

**Attorneys for Defendant Healthcare Revenue Recovery Group, LLC**

14588879

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSICA SWEENEY, | CIVIL ACTION |
| Plaintiff, | No. 2:22-cv-00040-MJH |
| v. | The Honorable Marilyn J. Horan |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES | |
| Defendant. | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 26th day of January, 2022, the within **Notice of Settlement** was filed electronically and will be served upon all counsel via email the Court's CM/ECF system to the following:

Via email to kmitchell@hoglaw.com

Kurt D. Mitchell, Esquire
KDM Law Firm PLLC
475 Central Avenue, Suite 400-11
St. Petersburg, FL  33701

**Counsel for Plaintiff Jessica Sweeney**

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
    Julian E. Neiser