UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
ARMSTRONG DIVISION

| | |
|---|---|
| Jessica Sweeney | ) Case No.: 22-CV-40 |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| HealthCare Revenue Recovery Group, LLC | ) |
| d/b/a ARS Account Resolution Services | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice.

/S/ Kurt D. Mitchell
KURT D. MITCHELL J.D.
PA. I.D. No.: 205917
KDM Law Firm PLLC
475 Central Avenue Suite 400-H
St. Petersburg, FL
941.465.9253
kmitchell@hoglaw.com
Attorney for Plaintiff

**SERVICE LIST**
**Jessica Sweeney v. HealthCare Revenue Recovery Group, LLC**
**Case No. 22-CV-40**
**United States District Court, Western District of Pennsylvania**

Julian E. Neiser
PA Id. No.: 87306
301 Grant Street, Suite 3440
Pittsburgh, PA 15219
(412)-325-116
jneiser@spilmanlaw.com
Attorney for Defendant

/S/ Kurt D. Mitchell
KURT D. MITCHELL J.D.
PA. I.D. No.: 205917
KDM Law Firm PLLC
475 Central Avenue Suite 400-H
St. Petersburg, FL
941.465.9253
kmitchell@hoglaw.com
Attorney for Plaintiff